**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA;
STATE OF CALIFORNIA; STATE OF
COLORADO; STATE OF CONNECTICUT;
STATE OF DELAWARE; STATE OF FLORIDA;
STATE OF GEORGIA; STATE OF HAWAII;
STATE OF ILLINOIS; STATE OF INDIANA;
STATE OF IOWA; STATE OF LOUISIANA;
STATE OF MARYLAND; COMMONWEALTH
OF MASSACHUSETTS; STATE OF
MICHIGAN; STATE OF MINNESOTA; STATE
OF MONTANA; STATE OF NEVADA; STATE
OF NEW JERSEY; STATE OF NEW MEXICO;
STATE OF NEW YORK; STATE OF NORTH
CAROLINA; STATE OF OKLAHOMA; STATE
OF RHODE ISLAND; STATE OF TENNESSEE;
STATE OF TEXAS; COMMONWEALTH OF
VIRGINIA; STATE OF WASHINGTON; STATE
OF WISCONSIN; AND THE DISTRICT OF
COLUMBIA;

*ex rel.* SIMON KENT
15112 Christopher Lane
Frisco, Texas 75035,

        Plaintiff,

      v.

MEDTRONIC PLC,
710 Medtronic Parkway
Minneapolis, Minnesota
55432-5604

NURSE NAVIGATION SOLUTIONS, LLC,
812 Luzerne Street
Johnstown, Pennsylvania 15905

AMY HOHMAN-RUNKLE
812 Luzerne Street
Johnstown, Pennsylvania 15905

CHRISTOPHER WAYNE TAYLOR, M.D.,
1425 Rock Springs Road
Harrison, Arkansas 72601

UROGPO
1250 Linda Street Suite 103
Rocky River, Ohio 44116, and

PPS ANALYTICS,
4807 Rockside Road Suite 720
Independence, Ohio 44131

Civil Action No. 21-cv-00466-TSC

**<u>*QUI TAM* ACTION</u>**
**<u>FILED UNDER SEAL</u>**

**RECEIVED**

DEC 1 9 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Defendants.

## PLAINTIFF-RELATOR'S RULE 41 NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), Plaintiff-Relator Simon Kent seeks to voluntarily dismiss the above captioned matter. Under Rule 41(a)(1)(A)(i), none of the Defendants have served an answer or a motion for summary judgment. Plaintiff-Relator seeks to have the matter dismissed with prejudice as to the Plaintiff-Relator and without prejudice as to the United States, the State of California, the State of Colorado, the State of Connecticut; the State of Delaware; the State of Florida; the State of Georgia; the State of Hawaii; the State of Illinois; the State of Indiana; the State of Iowa; the State of Louisiana; the State of Maryland; the Commonwealth of Massachusetts; the State of Michigan; the State of Minnesota; the State of Montana; the State of Nevada; the State of New Jersey; the State of New Mexico; the State of New York; the State of North Carolina; the State of Oklahoma; the State of Rhode Island; the State of Tennessee; the State of Texas; the Commonwealth of Virgina; the State of Washington; the State of Wisconsin; and the District of Columbia (the "Government Entities").

The Government Entities have all previously declined to intervene. Pursuant to 31 U.S.C. § 3730 (b)(1), the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." The Plaintiff-Relator has informed the Government Entities of his intention to file this notice. The Government Entities will separately file to inform the Court if they consent and their reasons for consenting.

Dated: December 19, 2025

Respectfully Submitted,

/s/ Sam Buffone

Samuel J. Buffone, Jr. (D.C. Bar No. 1721688)
Brianna Green (DC Bar #7688572)
Buffone Law Group PLLC
4301 Connecticut Ave NW, Ste. 452
Washington, D.C. 20008
(202) 997-8562
sam@buffonelawgroup.com
brianna@buffonelawgroup.com

***Attorneys for Plaintiff-Relator
Simon Kent***

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, the foregoing was filed with the Clerk of the Court and electronically transmitted using the CM/ECF System which will automatically send e-mail notification of such filing to all attorneys of record.

_/s/ Sam Buffone_____
Samuel J. Buffone, Jr.