UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
*ex rel.* SIMON KENT,

        Plaintiff,

        v.

MEDTRONIC PLC, *et al.*,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civ. Action No. 21-0466 (TSC)

**FILED UNDER SEAL**

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On December 19, 2025, Relator Simon Kent filed a Notice of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint and Relator's Amended Complaint, the Relator's Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.



**RECEIVED**

JAN 07 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

January 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEANINE FERRIS PIRRO
United States Attorney

SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D. Street, NW
Washington, DC 20530
(202) 252-2533
Sean.Tepe@usdoj.gov

JAMIE ANN YAVELBERG
NATALIE WAITES
JAYNA GENTI
Attorneys, Civil Division
Commercial Litigation Branch
United States Department of Justice
Post Office Box 261,
Ben Franklin Station
Washington, DC 20044
Email: Jayna.Genti@usdoj.gov